## McMICHAEL *v.* THE STATE.

FISH, J.　The evidence fully warranted the verdict; the portions of the judge's charge complained of were not objectionable for any reasons assigned; and there was no error in overruling the motion for a new trial.

　　　　*Judgment affirmed.　All the Justices concurring.*

Argued October 4, — Decided October 14, 1898.

Indictment for burglary.　Before Judge Littlejohn.　Sumter superior court.　May term, 1898.

*Jack Childers* and *Blalock & Cobb,* for plaintiff in error.
*F. A. Hooper, solicitor-general,* by *James Taylor* and *C. R. Crisp,* contra.

---

## WILLIAMS *v.* THE STATE.

COBB, J.　The evidence authorized the verdict.　The charge of the court, construed as a whole, fairly submitted to the jury all the issues involved in the case.　There was no error in refusing a new trial.　*Judgment affirmed.　All the Justices concurring.*

Argued October 4, — Decided October 18, 1898.

Indictment for murder.　Before Judge Sweat.　Charlton superior court.　August 31, 1898.

*L. A. Wilson* and *W. M. Olliff,* for plaintiff in error.
*John W. Bennett, solicitor-general,* and *A. E. Cochran,* contra.